**Order entered June 4, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00016-CR**
**No. 05-18-00017-CR**

**VICTOR MONROE COLTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-31334-Q & F16-31335-Q**

## ORDER

Appellant was convicted of two offenses of aggravated sexual assault of a child younger than fourteen years of age. Although appellant generally refers to the victim as the "complainant," in several instances, including in the appendix, he uses her name. He also uses the names of siblings. Accordingly, we **STRIKE** appellant's brief filed May 17, 2018.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identifies the victim and all children under the age of eighteen either generically ("victim" or "complaining witness") or by initials only.

We **DIRECT** the Clerk to send copies of this order to Celia Sams and the Dallas County District Attorney's Office.

/s/  LANA MYERS
    JUSTICE